**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

BELKIS CASTELLON, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

EL CHARRO BAKERY 1 CORP.
    d/b/a EL CHARRO BAKERY, and
ANTONIO AQUINO,

                Defendants.

Case No.: 1:23-cv- 03841

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff BELKIS CASTELLON hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated October 19, 2023, and annexed hereto as **Exhibit A**.

Dated: October 19, 2023

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Paul E. Kerson, Esq.
LEAVITT, KERSON & SEHATI, ESQS.
kersonpaul@aol.com
118-35 Queens Blvd. Suite 950
Forest Hills, NY 11375
Telephone: 718.793.8822
Fax 718.520.8544
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.