**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

BELKIS CASTELLON, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

               Plaintiff,

v.

EL CHARRO BAKERY 1 CORP.
   d/b/a EL CHARRO BAKERY, and
ANTONIO AQUINO,

              Defendants.

**Case No.**: 23-cv-03841-NRM-JRC

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants EL CHARRO BAKERY 1 CORP. d/b/a EL CHARRO BAKERY, and ANTONIO AQUINO (collectively "Defendants"), having offered to allow Plaintiff BELKIS CASTELLON ("Plaintiff") to take a judgment against them, in the sum of Forty Thousand Dollars and No Cents ($40,000.00) ("Judgment Amount"), to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 19, 2023 and filed as Exhibit A to Docket Number 14;

**WHEREAS**, on October 19, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 14);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff BELKIS CASTELLON, in the sum of $40,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 19, 2023 and filed as Exhibit A to Docket Number 14. The Clerk of Court is respectfully directed to close this case.

                                                    BRENNA B. MAHONEY
                                                    CLERK OF COURT

Dated: October 23, 2023              by: _/s/ Jalitza Poveda_
      Brooklyn, New York                         Deputy Clerk